

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed January 20, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-43755 RLE** |
| **FLORENTINO ANTHONY DUMPIT and LUZVIMINDA DEGUZMAN DUMPIT,** | **Chapter 13** |
| Debtors. | <u>**ORDER SHORTENING TIME**</u> |
| _____/ | |

The parties having agreed to the terms set forth in the Stipulation Shortening Time of Notice & Opportunity For Hearing re Motion to Compel Trustee to Abandon Her Interest in Debtors' Residence are bound by the terms of the Stipulation. The Stipulation filed on January 15, 2016, as docket #16, is hereby approved and made an Order of the court.

**END OF ORDER**

## COURT SERVICE LIST

'No physical service required'